PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
ROSANNE RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-161 GEB |
| Plaintiff, | STIPULATION TO SET MATTER FOR TRIAL AND TO SCHEDULE PRETRIAL DATES AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| ROBERT TURCHIN, *et al.*, | |
| Defendants. | |

**STIPULATION**

1. This matter is presently set for a status hearing on April 7, 2017.

2. By this stipulation, the parties jointly request that this matter be set for a jury trial to commence on April 17, 2018 at 9:00 a.m. with a trial confirmation hearing set for March 9, 2018 at 9:00 a.m. The United States presently estimates no more than 6 days from the commencement of trial through the conclusion of its case-in-chief, including reasonable cross-examination. The defendants cumulatively estimate between three to six days to complete the duration of the trial, including a defense case. Accordingly, the parties currently estimate between 9 to 12 court days for the complete trial. The parties will provide a revised estimate at or prior to the trial confirmation hearing.

3. Additionally, the parties agree to and jointly request that the Court order that any motions governed by Rule 12 of the Federal Rules of Criminal Procedure be filed and heard on the following schedule:

All pretrial motions shall be filed on or before August 14, 2017;

Any response or opposition thereto shall be filed on or before September 11, 2017;

Any reply briefs shall be filed on or before September 25, 2017; and

The hearing on any and all pretrial motions shall be on October 6, 2017 at 9:00 a.m.

4. Further, the defendants move to exclude time between April 7, 2017, and April 17, 2018, under Local Code T4.

5. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over 1100 pages of interview reports and documents obtained through the investigation and 96 discs containing audio and video files. All of this discovery has been produced directly to defense counsel.

b) Counsel for all defendants need additional time to investigate the case, including to conduct legal research as to any potential defenses or Rule 12 motions, to discuss the matter with their clients, and to prepare the matter for trial.

c) Further, counsel for defendant Robert Turchin will be unavailable due to trial, or preparation for trial, for extended periods of time throughout the duration of 2017 and counsel for defendant Pavitar Singh will be unavailable due to trial or preparation for trial throughout early 2018 until April 2018. April 17, 2018 is the first date reasonably available to all defense counsel for trial.

d) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The United States desires that this matter be set for trial as soon as reasonably available to all counsel. Therefore, the United States does not object to the continuance and the date set for trial in April 2018.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 7, 2017 to April 17, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 28, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ *Todd A. Pickles*
TODD A. PICKLES
ROSANNE RUST
Assistant United States Attorneys

Dated: March 28, 2017

*/s/ Todd A. Pickles for*
ANTHONY CAPOZZI, ESQ.
Counsel for Defendant
Pavitar Dosangh Singh

Dated: March 28, 2017

*/s/ Todd A. Pickles for*
ADAM J. KROLIKOWSKI, ESQ.
Counsel for Defendant
Robert Turchin

Dated: March 28, 2017

*/s/ Todd A. Pickles for*
EDWARD ROBINSON, ESQ.
NANCY KARDON, ESQ.
Counsel for Defendant
Mangal Gill

**[PROPOSED] FINDINGS AND ORDER**

For the reasons stated in the parties' stipulation and good cause showing, the Court HEREBY ORDERS THAT:

1. The status hearing set for April 7, 2017 is vacated.
2. A jury trial shall be set for this matter to commence on April 17, 2018 at 9:00 a.m.
3. A trial confirmation hearing is set for March 9, 2018 at 9:00 a.m.
4. Any motions to be filed or governed by Rule 12 of the Federal Rules of Criminal Procedure shall be filed on or before August 14, 2017, with any oppositions thereto to be filed on or before September 11, 2017, and any reply briefs to be filed on or before September 25, 2017. The motions shall be heard by the Court on October 6, 2017 at 9:00 a.m.
5. The time between April 7, 2017 and April 17, 2018 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), B(iv) for the reasons set forth in the parties' stipulation, which is adopted in full.

IT IS SO FOUND AND ORDERED.

Dated: March 29, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge