McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
ROSANNE RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT TURCHIN, *et al.*,<br><br>Defendants. | CASE NO. 2:15-CR-00161 GEB<br><br>STIPULATION TO CONTINUE MATTER FOR TRIAL AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |

**STIPULATION**

1.  This matter is presently set for a jury trial to commence on April 17, 2018, at 9:00 a.m.

2.  By this stipulation, the parties jointly request that jury trial be continued to June 19, 2018 at 9:00 a.m. with a trial confirmation hearing set for May 11, 2018 at 9:00 a.m. The United States presently estimates no more than 6 days from the commencement of trial through the conclusion of its case-in-chief, including reasonable cross-examination. The defendants cumulatively estimate between three to six days to complete the duration of the trial, including a defense case. Accordingly, the parties currently estimate between 9 to 12 court days for the complete trial. The parties will provide a revised estimate at or prior to the trial confirmation hearing.

3.  Further, the defendants move to exclude time between April 17, 2018, and June 19, 2018, under Local Code T4.

4.  The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over 1100 pages of interview reports and documents obtained through the investigation and 96 discs containing audio and video files. All of this discovery has been produced directly to defense counsel. Defendant Turchin has also requested additional discovery, which the United States will provide to the extent it is located and as required under the Federal Rules of Criminal Procedure and the Constitution.

b) Counsel for all defendants need additional time to investigate the case, including to conduct legal research as to any potential defenses o, to discuss the matter with their clients, and to prepare the matter for trial.

c) Further, counsel for defendant Robert Turchin will be unavailable due to trial, or preparation for trial, for extended periods of time until June 2018.

d) Additionally, counsel for defendants Mangall Gill and Pavitar Singh continue to discuss a possible resolution, and will need additional time to review discovery and conduct research with respect to potential resolution.

e) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The United States does not object to the continuance and the date set for trial in June 2018.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 17, 2018 to June 19, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 7, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ *Todd A. Pickles*
TODD A. PICKLES
ROSANNE RUST
Assistant United States Attorneys

Dated: February 8, 2018

*/s/ Todd A. Pickles for*
ANTHONY CAPOZZI, ESQ.
Counsel for Defendant
Pavitar Dosangh Singh

Dated: February 8, 2018

*/s/ Todd A. Pickles for*
ADAM J. KROLIKOWSKI, ESQ.
Counsel for Defendant
Robert Turchin

Dated: February 7, 2018

*/s/ Todd A. Pickles for*
EDWARD ROBINSON, ESQ.
NANCY KARDON, ESQ.
Counsel for Defendant
Mangal Gill

# FINDINGS AND ORDER

For the reasons stated in the parties' stipulation and good cause showing, the Court HEREBY ORDERS THAT:

1. The jury trial set for April 17, 2018 is hereby CONTINUED to June 19, 2018 at 9:00 a.m.

2. A trial confirmation hearing is set for May 11, 2018 at 9:00 a.m. The trial confirmation hearing previously set for March 2, 2018 is VACATED.

3. The time between April 17, 2018 and June 19, 2018 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), B(iv) for the reasons set forth in the parties' stipulation, which is adopted in full.

IT IS SO FOUND AND ORDERED.

Dated: February 8, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge