**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
PAVITTER SINGH DOSANJH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAVITAR DOSANGH SINGH, et al.<br><br>Defendants. | Case No.: 2:15-CR-00161-GEB<br><br>**STIPULATION TO CONTINUE JUDGMENT AND SENTENCING HEARING; [PROPOSED] ORDER**<br><br>**Date:** August 3, 2018<br>**Time:** 9:00 a.m.<br>**Courtroom:** 10<br>**Hon. Garland E. Burrell, Jr.** |

**TO: THIS HONORABLE COURT AND TO THE PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff United States of America, by and through its counsel of record, Todd Pickles, and Defendant, Pavitter Singh Dosanjh, by and through his attorney of record, Anthony P. Capozzi, hereby stipulate as follows:

1. By previous order, this matter was set for a judgment and sentencing hearing on August 3, 2018.

2. By this stipulation, the parties jointly move the Court to continue the judgment and sentencing hearing to November 16, 2018, in order to permit the defense the opportunity to prepare its sentencing materials.

3. Because the Defendant stands convicted of conspiracy to commit bribery and to

commit identity fraud in violation of 18 U.S.C. § 371, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, et seq., do not apply to this stipulation.

4. Additionally, Defendant expressly agrees that he will appear before the Court on the date of November 16, 2018, and acknowledge that his failure to appear on that date may result in his immediate incarceration, that the Unites States may file additional charges for his failure to appear, which could result in a sentence of up to 10 years imprisonment in addition to the sentence imposed in this case, and that any failure to appear may jeopardize any motion for downward departure under U.S.S.G. § 5K1.1 that the United States might file based on any substantial assistance provided to the prosecution to date.

5. Counsel for the defense agree that they will provide a copy of the stipulation and the Court's order to their client.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: July 13, 2018

*/s/Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

DATED: July 13, 2018

*/s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant PAVITTER SINGH DOSANJH

**ORDER**

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and orders that the judgment and sentencing set for August 3, 2018, is continued to November 16, 2018, at 9:00 a.m. All dates previously set for the filing of documents with the Court are reset consistent with judgment and hearing date of November 16, 2018.

IT IS SO ORDERED.

Dated: July 17, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge