Adam J. Krolikowski (SBN 202946)
THE KROLIKOWSKI LAW FIRM
23441 S. Pointe Dr., Suite 210
Laguna Hills, California 92653
T. (949) 269-1869
F. (949) 269-1868
Email: adam@usethelaw.com
*Attorneys for Robert Turchin*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ANDREW KIMURA, PAVITAR DOSANGH SING,<br>    aka "Peter Singh"<br>    aka "Pavitar Dosanjh Singh"<br>MANGAL GILL, and<br>ROBERT TURCHIN,<br><br>                Defendants. | Case No.: 2:15-CR-0161 GEB<br><br>Before the Hon. Garland E. Burrell, Jr<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE** |

THE PARTIES HEREBY STIPULATE AND AGREE that the conditions of pretrial release imposed on defendant, ROBERT TURCHIN, may be modified to allow him to travel to and within the State of Florida between the dates of September 2, 2018 and September 18, 2018, without a court order, but with notification to pretrial. As discussed between counsel, Mr. Turchin has a paid family vacation for over the Labor Day weekend and following days in Marcos Island, Florida, and requests permission to be able to travel and vacation with his family over the holiday as planned. Mr. Turchin has discussed this with Pretrial

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE CONDITIONS
OF PRETRIAL RELEASE
- 1

Services. The exact itinerary consists of departing from Monterey, CA on September 2, 2018 at 9:30 a.m. and returning September 15, 2018 at 10:59 p.m. by United Airlines. The stay consists of September 2, 2018 to September 8, 2018 Marco Island, Florida, staying at Crystal Shores, and September 8, 2018 to September 15, 2018, staying at Weston the Vacation Village, Florida.

It is the request of the parties to modify the conditions of pretrial release which would permit Mr. Turchin to travel to and within the delineated areas of the State of Florida with his family over the Labor Day Holiday between the dates of September 2, 2018 and September 15, 2018, provided he give notice to pretrial services.

Dated: August 16, 2018
       ___Adam J. Krolikowski___
       THE KROLIKOWSKI LAW FIRM
       Adam J. Krolikowski, Esq.
       for Defendant Robert Turchin

Dated: August 16, 2018
       *Todd A. Pickles*
       Todd A. Pickles, Esq.
       Assistant U.S. Attorney
       U.S. ATTORNEY'S OFFICE

**IT IS SO ORDERED.**

**Dated: August 16, 2018**

       _____
       GARLAND E. BURRELL, JR.
       Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE
- 2