| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TODD A. PICKLES<br>ROSANNE RUST |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>PAVITAR DOSANGH SINGH<br>    aka "Peter Singh,"<br><br>                    Defendant. | CASE NO. 2:15-CR-00161 GEB<br><br>STIPULATION TO ADVANCE JUDGMENT AND SENTENCING HEARING; [PROPOSED] ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Pavitter Singh Dosanjh, indicted under the name Pavitar Dosangh Singh, aka "Peter Singh," (hereinafter "the defendant"), by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a judgment and sentencing hearing on November 16, 2018. Counsel for defendant now has a conflict with respect to that date.

2. By this stipulation, the parties jointly move the Court to advance the judgment and sentencing hearing to November 9, 2018. The parties will submit any sentencing documents on or before November 2, 2018.

3. Defendant expressly agrees that he will appear before the Court on the date of November 9, 2018, and acknowledge that his failure to appear on that date may result in his immediate incarceration, that the United States may file additional charges for his failure to appear, which could result in a sentence of up to 10 years imprisonment in addition to the sentence imposed in this case, and that any failure to appear may jeopardize any motion for downward departure under U.S.S.G. § 5K1.1 that the United States might file based on any substantial assistance provided to the prosecution to date.

4. Counsel for the defense agree that they will provide a copy of the stipulation and the Court's order to their client.

IT IS SO STIPULATED.

DATED: October 23, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: October 23, 20218

*/s/ Anthony Capozzi (as authorized on 10/23/18)*
ANTHONY CAPOZZI, ESQ.

For defendant PAVITAR DOSANGH SINGH

**O R D E R**

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and orders that the judgment and sentencing set for November 16, 2018 is advanced to November 9, 2018 at 9:00 a.m. All dates previously set for the filing of documents with the Court are reset consistent with judgment and hearing date of November 9, 2018.

IT IS SO ORDERED.

Dated: October 31, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge