**ANTHONY P. CAPOZZI, CSBN: 068525**
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
PAVITTER SINGH DOSANJH

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br><br>PAVITAR DOSANGH SINGH,<br><br>    Defendant. | Case No.: 2:15-CR-00161-2 GEB<br><br>**REQUEST FOR RETURN OF PASSPORT AND [PROPOSED] ORDER** |

**TO: THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

    Defendant, Pavitter Singh Dosanjh, by and through his attorney of record, Anthony P. Capozzi, respectfully requests an order of the court directing the clerk to release the Defendant's passport for the following reasons:

    1.  On July 15, 2015, the Defendant was accused of conspiracy to commit bribery. (Docket #1)

    2.  On July 22, 2015, Pre-trial Services turned passport number 435167890 over to the clerk of the court. (Docket #15)

    3.  On August 6, 2015, the Defendant was charged by indictment with Conspiracy to Commit Bribery and to Commit

Identity Fraud, 18 U.S.C. § 371; Bribery Concerning Programs Receiving Federal Funds, 18 U.S.C. § 666(a)(1)(B); Bribery Concerning Programs Receiving Federal Funds, 18 U.S.C. § 666(a)(2); Fraud in Connection with Identification Documents, Bribery Concerning Programs Receiving Federal Funds, 18 U.S.C. § 1028(a)(1); Criminal Forfeiture, 18 U.S.C. § 981(a)(1)(C), 982(a)(2)(B) and 1028(b)(5) and 28 U.S.C. § 2461(c). (Docket #24)

4. The Defendant pled guilty to two counts of Conspiracy to Commit Bribery and to Commit Identity Fraud in violation of 18 U.S.C. § 371 on May 11, 2018, (Docket #118) and was sentenced on November 9, 2018, to ten months in custody. (Docket #203)

5. The Defendant's passport expired on October 24, 2017. He wishes to renew the passport upon his released from the Federal Correction Institution at Yazoo City, Mississippi.

WHEREFORE Counsel moves for an order directing the Clerk of the Court to release the Defendant's passport to his attorney Anthony P. Capozzi at 1233 W. Shaw Ave., Ste. 102, Fresno, CA 93711.

Respectfully submitted,

Date: December 12, 2018    By: */s/Anthony P. Capozzi*
　　　　　　　　　　　　　　　　ANTHONY P. CAPOZZI
　　　　　　　　　　　　　　　　Attorney for Defendant PAVITTER SINGH DOSANJH

# ORDER

**IT IS SO ORDERED.** Good cause having been shown, the Defendant's passport (No.: 435167890) shall be returned to the Defendant, Pavitter Singh Dosanjh, forthwith to his attorney of record Anthony P. Capozzi.

DATED: December 19, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge